In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00023-CV**
_____

**ROBIN ROUSE, SABRINA ROUSE, AND NEIL CAMPBELL, ET AL,
Appellants**

**V.**

**THOMAS CAMPBELL, FOSTER MANAGEMENT, L.L.C., FOSTER
TIMBER, LTD., AND CHRISTY W. KOLVA, Appellees**

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 18-12-15871-CV**

**MEMORANDUM OPINION**

Appellant JP Morgan Chase Bank, N.A. filed a motion to dismiss its appeal. The motion is voluntarily made by JP Morgan Chase Bank, N.A. prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion to dismiss and dismiss the appeal of JP Morgan Chase Bank, N.A. The appeal shall continue as to the remaining appellants.

APPEAL DISMISSED IN PART.

PER CURIAM

Submitted on April 14, 2021
Opinion Delivered April 15, 2021

Before Golemon, C.J., Horton and Johnson, JJ.